1 | BESS M. BREWER, #100364
BREWER & MITCHELL, LLP
2 | 1023 H Street, Suite B5
Sacramento, CA 95814
3 | Telephone: (916) 448-8600
Facsimile: (916) 448-8605
4
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLOTTE A. GLOVER**<br>SSN: 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<br><br>Plaintiff,<br><br>v.<br><br>**JO ANNE B. BARNHART**<br>**Commissioner of Social Security**<br>of the United States of America,<br><br>Defendant. | Case No. Civ-S-04-2288 GGH<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file her summary judgment is hereby extended from its current due date of April 12, 2005 by three (3) days until April 15, 2005. This is plaintiff's second request for an extension.

/ / / /

/ / / /

/ / / /

/ / / /

*Glover v. Barnhart,* CIV-S-04-2288 GGH            1

| | | |
|---|---|---|
| 1 | Dated: April 12, 2005 | BREWER & MITCHELL, LLP |
| 2 | | |
| 3 | | By: s/Bess M. Brewer |
| 4 | | BESS M. BREWER<br>Attorney at Law |
| 5 | | Attorney for Plaintiff |
| 6 | | |
| 7 | Dated: April 12, 2005_____ | McGregor W. Scott<br>United States Attorney |
| 8 | | |
| 9 | | By: s/Bobbie J. Montoya<br>BOBBIE J. MONTOYA |
| 10 | | Assistant U.S. Attorney |
| 11 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: 4/18/05          /s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

glover2288.eot04

*Glover v. Barnhart,* CIV-S-04-2288 GGH          2